UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY YOUNG

VERSUS                                                          CIVIL ACTION

BURL CAIN, ET AL                                                NO. 08-299-JVP-SCR

## RULING

On September 10, 2008, the Clerk of Court granted the request for entry of default by plaintiff, Anthony Young (doc. 17), after which defendants filed an answer and moved to set aside the default (docs. 18 & 19). United States Magistrate Judge Stephen C. Riedlinger granted defendants' motion and vacated the Clerk's order on motion for entry of default (doc. 22).

This matter is now before the court on two motions for default judgment by plaintiff – one filed before default was entered (doc. 16) and a second one after entry of default (doc. 21). Since the Clerk's entry of default has been set aside (doc. 22), there is no basis to enter a default judgment. Accordingly, both of plaintiff's motions for default judgment (docs 16 & 21) are hereby **DENIED**.

Baton Rouge, Louisiana, October 21, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA