UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY YOUNG (#325559)

VERSUS                                    CIVIL ACTION NO.: 08-299-JVP-SCR

BURL CAIN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Riedlinger dated March 3, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendants' motion for summary judgment (doc. 24) is hereby **DENIED**.

Baton Rouge, Louisiana, March 25, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA